# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ETHAN WADLINGTON,** | : CIVIL NO. 1:18-CV-793 |
| **Plaintiff** | : (Chief Judge Conner) |
| v. | : |
| **WARDEN TAMMY FERGUSON,** *et al.*, | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 11th day of January, 2019, upon consideration of plaintiff's motion (Doc. 14) for joinder, wherein he requests to add four (4) defendants to the above-captioned action, and it appearing that the instant motion fails to set forth any factual allegations against the newly named defendants and fails to set forth any potential involvement in the present action (see id.), and it further appearing that there is not a single allegation in the complaint against any of the newly named defendants (see Doc. 1), it is hereby ORDERED that plaintiff's motion (Doc. 14) for joinder is DENIED without prejudice.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania