# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ETHAN WADLINGTON,** | : | CIVIL NO. 1:18-CV-793 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN TAMMY FERGUSON,** *et al.*, | : | |
| | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 5th day of September, 2019, upon consideration of defendants' motion (Doc. 24) for summary judgment, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 24) is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants Ferguson and Koeck, and against plaintiff.

3. The action against the John Doe defendant is DISMISSED pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See FED. R. CIV. P. 4(m).

4. The Clerk of Court is directed to CLOSE this case.

5. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                                                      /S/ CHRISTOPHER C. CONNER
                                                      Christopher C. Conner, Chief Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania